No. 172, Misc. TANSIMORE *v.* UNITED STATES. Motion for leave to file petition for writ of prohibition denied.

No. 232. UNITED STATES *v.* BOSTON & MAINE RAILROAD ET AL. Appeal from the United States District Court for the District of Massachusetts. Probable jurisdiction noted. *Solicitor General Cox, Assistant Attorney General Orrick* and *Robert B. Hummel* for the United States. *Edward B. Hanify* for Boston & Maine Railroad, and *William T. Griffin, Edward O. Proctor* and *Lothrop Withington* for McGinnis et al., appellees.

No. 300. FORTSON, SECRETARY OF STATE OF GEORGIA, ET AL. *v.* TOOMBS ET AL. Appeal from the United States District Court for the Northern District of Georgia. Probable jurisdiction noted. Motion to advance granted and case set for oral argument on November 18, 1964. *Eugene Cook,* Attorney General of Georgia, and *E. Freeman Leverett,* Deputy Assistant Attorney General, for appellants. *Francis Shackelford, Emmet J. Bondurant II, Hamilton Lokey* and *J. Quentin Davidson* for appellees.

No. 86. ZEMEL *v.* RUSK, SECRETARY OF STATE, ET AL. Appeal from the United States District Court for the District of Connecticut. Further consideration of the question of jurisdiction postponed to the hearing of the case on the merits. *Leonard B. Boudin* and *Victor Rabinowitz* for appellant. *Solicitor General Cox, Assistant Attorney General Yeagley, Kevin T. Maroney* and *Lee B. Anderson* for appellees.